UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAVIER NUNEZ,<br><br>                              Plaintiff,<br><br>         -against-<br><br>NICOLE FRASER; OLIVIA GIEGERICH; MARK SIMON; PACHECO (POLICE OFFICER),<br><br>                              Defendants. | 24-CV-00999 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the February 12, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 12, 2024
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge